IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| YSN Imports LLC dba Flame King, | ) | Case No.: 25-cv-14328 |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Judge: |
|  | ) |  |
| THE PARTNERSHIPS and | ) |  |
| UNINCORPORATED ASSOCIATIONS | ) |  |
| IDENTIFIED ON SCHEDULE A, | ) | Magistrate: |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

Exhibit 1 - Defendant List ("Schedule A")

| Def # | Store Name | ASIN | Seller ID | Email | False Claim | Listing URL |
|---|---|---|---|---|---|---|
| 1 | Gartech | B0F4MBNFHB | A1RKWY78BBB02N | 0 | 1.8M BTU | https://www.amazon.com/Propane-Control-Trigger-Igniter-Weeding/dp/B0F4MBNFHB |
| 2 | Junhuan | B0FHD4JVVX | A1JN4R4AVC4I32 | 0 | 2.8M BTU | https://www.amazon.com/dp/B0FHD4JVVX |
| 3 | caomuus | B0CMLHMLB9 | A25H5W169DMTRT | 0 | 1.2M BTU | https://www.amazon.com/Sondiko-Propane-Flamethrower-Control-Trigger/dp/B0CMLHMLB9 |
| 4 | Boundaryinno | B0D9QCN112 | A10VMO5H3THDPA | 0 | 800k BTU | https://www.amazon.com/dp/B0D9QCN112 |
| 4 | Boundaryinno | B0CQ27S616 | A10VMO5H3THDPA | 0 | 800k BTU | https://www.amazon.com/dp/B0CQ27S616 |
| 5 | SEVENMEET | B0FGXLZ242 | A7QWKKIVRR3CF | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FGXLZ242 |
| 5 | SEVENMEET | B0FDK72L5V | A7QWKKIVRR3CF | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FDK72L5V |
| 5 | SEVENMEET | B0FMNKZ8X5 | A7QWKKIVRR3CF | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FMNKZ8X5 |
| 6 | ZhenqiMall | B0DDWY5D28 | A36U7669TIA2EG | 0 | 1.8M BTU | https://www.amazon.com/dp/B0DDWY5D28 |
| 7 | XINWU-USA | B0FLF5M3RM | A1SPMB0KYPSPOT | 0 | 2.4M BTU | https://www.amazon.com/dp/B0FLF5M3RM |
| 8 | WorkBless | B0FKBNHNB6 | A3M9RQW6BZCP1J | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FKBNHNB6 |
| 8 | WorkBless | B0FKCX2X8V | A3M9RQW6BZCP1J | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FKCX2X8V |
| 9 | WELLUCK | B0DSJFJVX2 | A27WQG1FRAMCEJ | 0 | 1.8M BTU | https://www.amazon.com/dp/B0DSJFJVX2 |
| 10 | cutebox | B0DZ6Y7QDV | A2INKQ9T2YEOYH | 0 | 1.2M BTU | https://www.amazon.com/BetyBedy-Propane-Burner-Outside-Flamethrower/dp/B0DZ6Y7QDV |
| 11 | YZG-US | B0FHHP5B61 | A2G1UWM5KYVIQT | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FHHP5B61 |
| 12 | LUOKETU Tools | B0DHRZGQ59 | A1HR2UKLMSDLIC | 0 | 1.2M BTU | https://www.amazon.com/dp/B0DHRZGQ59 |
| 13 | MetroTesco | B0DT4CF3NF | A1HP501XZZD31D | 0 | 1.8M BTU | https://www.amazon.com/dp/B0DT4CF3NF |
| 14 | AISMRII | B0DJ975Y8F | A1T47DW5IDMQSY | 0 | 1.2M BTU | https://www.amazon.com/dp/B0DJ975Y8F |
| 14 | AISMRII | B0DJ986BM4 | A1T47DW5IDMQSY | 0 | 1.2M BTU | https://www.amazon.com/dp/B0DJ986BM4 |
| 14 | AISMRII | B0CZLLS1JR | A1T47DW5IDMQSY | 0 | 1.2M BTU | https://www.amazon.com/dp/B0CZLLS1JR |
| 15 | ARTFLAMM | B0D4HJGXWV | A27OLV8QWNVPWW | 0 | 1.3M BTU | https://www.amazon.com/dp/B0D4HJGXWV |
| 16 | BBQMall Direct | B0DKBNZPVS | ADFD86P6F8Y2L | 0 | 1.8M BTU | https://www.amazon.com/Propane-Torch-Weed-Control-Push-Button/dp/B0DKBNZPVS |
| 17 | vixflux | B0DXYXBDYM | A47T5838MK60H | 0 | 1.8M BTU | https://www.amazon.com/Propane-Control-Igniter-Flamethrower-Weeding/dp/B0DXYXBDYM |
| 17 | vixflux | B0DBYWZXQ8 | A47T5838MK60H | 0 | 2.2M BTU | https://www.amazon.com/dp/B0DBYWZXQ8 |
| 18 | DROOKAEN | B0DZHGDW3H | A20WFTC0YG4Z03 | 0 | 800k BTU | https://www.amazon.com/dp/B0DZHGDW3H |

| 19 | Hordolry | B0F2YD9C5N | AR9NGIXZQSLNB | 0 | 1.8M BTU | https://www.amazon.com/Hordolry-Propane-Thrower-Self-Igniter-Multi-Use/dp/B0F2YD9C5N/ |
|---|---|---|---|---|---|---|
| 20 | Zhuoquan | B0DM5TM87Q | A21E319HLL4ATL | 0 | 700k BTU | https://www.amazon.com/dp/B0DM5TM87Q |
| 21 | Tausom | B0DSVKGF34 | A3SS90Z0C2GMEY | 0 | 1.5M BTU | https://www.amazon.com/dp/B0DSVKGF34 |
| 21 | Tausom | B0D3PK454N | A3SS90Z0C2GMEY | 0 | 1.8M BTU | https://www.amazon.com/dp/B0D3PK454N |
| 22 | YUEON | B0DS86ZSQP | A1KVAOWOKCI7SU | 0 | 800k BTU | https://www.amazon.com/dp/B0DS86ZSQP |
| 23 | Fulinshiyi | B0DPH4N24L | A273N2PYJK1LW | 0 | 1.8M BTU | https://www.amazon.com/dp/B0DPH4N24L |
| 24 | ZQ-CO., LTD | B0DWMKV3H6 | AIEMCTH8H7W7L | 0 | 1.2M BTU | https://www.amazon.com/dp/B0DWMKV3H6 |
| 25 | QIMOO | B0F4DF5ND | A1L20YI3FVY1RX | 0 | 1.8M BTU | https://www.amazon.com/dp/B0F4DF5ND |
| 25 | QIMOO | B0F4DFJH2Q | A1L20YI3FVY1RX | 0 | 1.8M BTU | https://www.amazon.com/dp/B0F4DFJH2Q |
| 26 | Lejie_store | B0CZ9GBDVW | A16FMETGTHULJ | 0 | 1.8M BTU | https://www.amazon.com/dp/B0CZ9GBDVW |
| 27 | Tosnyr | B0FKN9JNBW | A382WGL39EG92U | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FKN9JNBW |
| 28 | SEVENMEET Garden Torch Store | B0FKSVWVMY | A3EPLUTH8DE8Q | 0 | 1.8M BTU | https://www.amazon.com/dp/B0FKSVWVMY |
| 29 | YoouDamy | B0DSFV93T6 | A32987QD0Q6K5Z | 0 | 1.8M BTU | https://www.amazon.com/dp/B0DSFV93T6 |
| 30 | JXTR | B0DSSQ3C42 | A1W1XMRW75NT25 | 0 | 800k BTU | https://www.amazon.com/dp/B0DSSQ3C42 |
| 31 | Leaps And Bounds | B0F245GY6M | A3CMHZQ4O02TJA | 0 | 1.8M BTU | https://www.amazon.com/Soklopi-Torch-Weed-Burner-Flamethrower/dp/B0F245GY6M |
| 32 | VVKPEYIN | B0FHJQQXYC | A3JP141T30VX17 | 0 | 1.8M BTU | https://www.amazon.com/Propane-Igniter-Trigger-Flamethrower-Removing/dp/B0FHJQQXYC |
| 33 | Madera US | B0CYBS2GPJ | A2BO1VE69SIWE4 | 0 | 1.8M BTU | https://www.amazon.com/WADEO-Regulator-Igniting-Cylinder-Converter/dp/B0CYBS2GPJ |
| 34 | Siaskyltd | B0FH4VKWWY | A2K5BU9J35IMUM | 0 | 1.2M BTU | https://www.amazon.com/Siasky-Propane-Igniter-Melting-Asphalt/dp/B0FH4VKWWY |
| 35 | KOACKL | B0DPPF5CZG | A1R0LVJVUS7BAF | 0 | 500k BTU | https://www.amazon.com/Powerful-Adjustable-Flamethrower-Charcoal-Included/dp/B0DPPF5CZG |